City of Chicago, a municipal corporation, Appellant,
v. William Browar and Charles Swibel, Appel-
lees.
City of Chicago, a municipal corporation, Appellant,
v. William Browar, Appellee.
City of Chicago, a municipal corporation, Appellant,
v. Marks & Company, Appellee.

Gen. No. 47,627. ▮▮▮▮▮▮▮▮▮▮▮

First District, First Division.

September 14, 1959.

Released for publication October 19, 1959.

John C. Melaniphy, Corporation Counsel of
City of Chicago (Sydney R. Drebin, Assistant Corporation Counsel,
and Robert J. Collins, Special Assistant Corporation Counsel, of
counsel) for appellant; Marovitz, Powell & Pizer (Leonard J.
Braver and Edwin Pizer, of counsel) for appellees. Opinion by
JUSTICE McCORMICK. Not to be published in full.